1040

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, Appellant, v CANADIAN IMPERIAL BANK OF COMMERCE, Respondent, et al., Defendant. THE MILLARD FOUNDATION, Intervenor.

Decided October 18, 2012

*See* 693 F3d 274.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

---

In the Matter of DARRYL C., a Person Alleged to be a Juvenile Delinquent, Respondent. PRESENTMENT AGENCY, Appellant.

Decided October 18, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (*see* CPLR 5601 [a]).

---

In the Matter of GREGORY JOHN FISCHER et al., Appellants, v NEW YORK STATE BOARD OF ELECTIONS et al., Respondents.

Decided October 18, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.